United States District Court
Southern District of Texas
**ENTERED**
March 25, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| PERK OSTREWICH, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:23-cv-00110 |
| | § | |
| CITY OF PALACIOS, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Opinion and Order entered today, it is ordered that this case is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED this 25 day of March 2024.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE